IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MATTHEW J. CASTELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:09cv1346 |
| | ) |
| ALLSTATE INDEMNITY COMPANY, | ) |
| | ) |
| AND | ) |
| | ) |
| EMC MORTGAGE CORPORATION | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff and the Defendants hereby stipulate that this action shall be, and hereby is, dismissed with prejudice as settled, without an award of costs, and with all parties bearing their own attorneys' fees.

ENTERED this _____ day of _____, 2010.

_____
JUDGE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

1

_____
C. Thomas Brown, Esquire
Va. State Bar No.: 23743
**SILVER & BROWN**
A Professional Corporation
10621 Jones Street
Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 - Facsimile
tom@virginia-lawyers.net
*Counsel for Plaintiff*


_____
Stephen A. Horvath, Esqurie
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000
(703) 391-1555 - Facsimile
Email: shorvath@vadctriallaw.com
*Attorney for Defendant Allstate Indemnity Company*


_____
Michael Sklaire (VSB #74354)
Virginia E. Robinson (VSB #71411)
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
(703) 749-1308 and (703) 749-1385
(703) 714-1301 - Facsimile
Email: sklairem@gtlaw.com
Email: robinsonv@gtlaw.com
*Counsel for EMC Mortgage Corporation*